IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILLY JAE HYSLOPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-23-150-P |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

# JUDGMENT

In accordance with the Order entered this date reversing and remanding Defendant's denial of Plaintiff's applications for disability benefits, IT IS ORDERED, ADJUDGED AND DECREED that Judgment is hereby entered in favor of Plaintiff and against Defendant.

DATED this <u>26th</u> day of <u>October</u>, 2023.

*[signature]*
GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE